AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| George Stevens,<br>*Plaintiff* | | |
| v. | Civil Action No. | 1:15-cv-01044-RMG |
| Pete Surette, Jr., Lee Correctional Institution; Mallie L. Richardson; Warden D. Beckwith; Capt. Percy Jones, Broad River Correctional Institution; Ernest Rowe, Broad River Correctional Institution Hearing Officer; Warden Stevenson; and SCDC,<br>*Defendants* | ) ) ) ) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, George Stevens, shall take nothing of the defendants, Pete Surette, Jr., Mallie L. Richardson, Warden D. Beckwith, Capt. Percy Jones, Ernest Rowe; Warden Stevenson, and SCDC, from the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:
❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, dismissed the complaint without prejudice.

Date:   May 4, 2015                                 *ROBIN L. BLUME, CLERK OF COURT*


                                                        s/G. Mills
                                        _____
                                            *Signature of Clerk or Deputy Clerk*